# ALABAMA COURT OF CRIMINAL APPEALS



April 12, 2024

**CR-2023-0386**
Quinterious M. Williams v. State of Alabama (Appeal from Mobile Circuit Court:
CC-19-3482)

## <u>NOTICE</u>

You are hereby notified that on April 12, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk